FILED
September 15, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003768989

```
ANN MARIE FRIEND, ESQ.   (SBN: 173473)
LAW OFFICE OF ANN MARIE FRIEND
A Professional Law Corporation
P.O. Box 830
Modesto, California 95353-0830
Telephone: (209) 238-0946
Facsimile: (209) 238-0953

Attorney for Debtors,
Marcio & Mayra Anaya
```

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No.: **08-36397-D-13** |
| | Chapter: **13** |
| | DC No.: **AMF:04** |
| Marcio & Mayra Anaya, | Date: **October 25, 2011** |
| | Time: **10:00 a.m.** |
| Debtors. | Place: **501 I Street, 6th Fl.** |
| | **Courtroom 34** |
| | **Sacramento, CA** |

### MOTION TO MODIFY DEBTORS CONFIRMED CHAPTER 13 PLAN

The debtor(s) respectfully request that the Court modify the debtor(s) Chapter 13 Plan dated __11/10/08__ as set forth in the modified plan filed herewith pursuant to U.S.C. § 1329.

[ ]   **COUNTER MOTION:**

This motion is filed as a counter motion to the:

[ ]   Motion for Relief from the Automatic Stay of 11 U.S.C. § 362 filed by_____.

[ ]   Motion of the Chapter 13 Trustee to Dismiss or Convert pursuant to 11 U.S.C. § 1307 filed _____.

[X]   **PAYMENTS**

With regards to the monthly plan payment of $ __527.00__ those payment shall:

    [X]   Be suspended through the months of __August 2011__.
    [ ]   Be increased to $ _____ effective _____.
    [ ]   Be decreased to $ _____ effective _____.
    [X]   Other: __Please see modified plan__.

[ X]     **BASIS FOR MODIFICATION**

The debtor(s) reason(s) for requesting the above modification are:

The debtors are modifying their plan to provide for the surrender of the 2001 Chevy Tahoe.

| | |
|---|---|
| 1 | [X] **AMENDED INCOME AND EXPENSE STATEMENTS:** Based on the facts set forth above, the debtor(s) amended Income and Expense (Schedules I & J) are attached hereto as Exhibit "A" and incorporated herein by reference. |

[X] **AMENDED INCOME AND EXPENSE STATEMENTS:** Based on the facts set forth above, the debtor(s) amended Income and Expense (Schedules I & J) are attached hereto as Exhibit "A" and incorporated herein by reference.

[X] **SERVICE OF THE MOTION TO MODIFY:** The Motion to Modify the Debtor(s) Confirmed Chapter 13 Plan was Served:

    [X]    On all creditors.
    [ ]    Only on the following creditors for the reasons stated: _____.

    [ ]    Basis for service on listed creditors: _____.

The plan, if modified, would be completed within 60 months after the time the first payment under the original confirmed plan was due.

**WHEREFORE**, the debtor(s) request that the Court modify the Chapter 13 Plan as set forth in the modified Chapter 13 Plan filed herewith, for the reasons set forth above.

DATED: __9-14-11__

        **LAW OFFICE OF ANN MARIE FRIEND A PROFESSIONAL LAW CORPORATION**

        /s/ Ann Marie Friend Esq
        **ANN MARIE FRIEND, ESQ., Attorney for debtor(s)** Marcio & Mayra Anaya

We declare under penalty of perjury that the facts set forth above are true and correct.

DATED: _9-13-11_          /s/ MARCIO ANAYA
                                                      DEBTOR

DATED: _9-13-11_          /s/ MAYRA ANAYA
                                                      DEBTOR